UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

MICHAEL GEORGE GONZALEZ     Chapter 13

                                                                                                                 Case No. 21-22084-CGM

                               Debtor(s)
-----------------------------------------------------------x

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

    THOMAS C. FROST, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York
        FEBRUARY 20, 2024

                                                  /s/ Thomas C. Frost
                                                Thomas C. Frost
                                                Chapter 13 Trustee
                                                399 Knollwood Road, Suite 102
                                                White Plains, New York 10603
                                                914-328-6333